IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID PILL, Individually and on Behalf of All Others Similarly Situated, | : : : |
| Plaintiff, | : : |
| v. | : Civil Action No. 17-961-RGA-SRF |
| TRIBUNE MEDIA COMPANY, et al., | : : : |
| Defendants. | : |

**ORDER**

This 21 day of November 2017, upon consideration of the Magistrate Judge's Report and Recommendation dated November 2, 2017, and no objections to the Report and Recommendation having been received, and the Court having reviewed the matter and being convinced that the Magistrate Judge's Report and Recommendation is legally and factually correct, IT IS HEREBY ORDERED:

1. The Report and Recommendation (D.I. 4) is **ADOPTED**.

2. The case is DISMISSED for failure to prosecute.

United States District Judge